UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:17CV02409 RLW |
| | ) |
| FORTY-FOUR THOUSAND DOLLARS | ) |
| ($44,000.00) U.S. CURRENCY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## **FINAL JUDGMENT AND ORDER**

WHEREAS, all potential claimants have been given notice of this proceeding in accordance with the requirements of Supplemental Rule G of the Federal Rules of Civil Procedure, and the time for filing claims has expired;

AND WHEREAS a settlement agreement has been reached between the United States and Claimant Robert Pauli, III, who is the only claimant joined in this proceeding;

AND WHEREAS, pursuant to that agreement, the parties have agreed to the entry of a final judgment and order of forfeiture as set forth below;

IT IS HEREBY ORDERED THAT a portion of the defendant currency in the amount of Nineteen Thousand Dollars ($19,000.00) shall be forfeited to the United States of America to be disposed of according to law.

IT IS FURTHER ORDERED THAT a portion of the defendant currency in the amount of

Twenty-Five Thousand Dollars ($25,000.00), shall be returned to the claimant, Robert Pauli, III, by and through his attorney, Gregory Fenlon.

IT IS FURTHER ORDERED THAT each party shall bear its own costs incurred in this action.

IT IS SO ORDERED,

_____
HONORABLE RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE

Dated this ____ day of September, 2018.